**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | 2:07-CV-1226 JCM (GWF) |
| Plaintiff, | |
| v. | |
| ALMA D. CORONA, et al., | |
| Defendants. | |

### ORDER

Presently before the court is plaintiff J & J Sports Productions, Inc.'s status report (doc. #76), filed pursuant to the court's order (doc. #75).

In the court's order, it required the plaintiff to file a status report to update the court on the consent judgment entered against defendants in the sum of $6,000.00 (doc. #73). In the status report, plaintiff has requested that the case be closed in light of the consent judgment.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the case of *J & J Sports Productions, Inc. v. Asencio et al* (Case no. 2:07-cv-01226-JCM-GWF along with consolidated case numbers 2:07-cv-01601-JCM-GWF, 2:08-cv-00050-JCM-GWF, 2:08-cv-00227-JCM-GWF and 2:08-cv-00409-JCM-GWF) be closed.

DATED October 21 2010.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE